UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CYNTHIA CAMPBELL and
BERISFORD CAMPBELL,

    Plaintiffs,

v.                                       Case No. 8:09-cv-1773-T-30TBM

OAKLEY TRANSPORT, INC., OAKLEY
GROVES, INC., and JESUS MENDOZA,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Order of Dismissal With Prejudice (Dkt. #17).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear their respective costs and attorney's fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 13, 2010.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1773.dismissal 17.wpd